# EXHIBIT B

**STATE OF FLORIDA** — **LIEN SATISFACTION**

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

7T5YYK-LR174256-164951

**164951**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Numt |
|---|---|---|---|---|---|---|
| 4256 | 2020 | FORD | 4D | 3573 | | 137717! |

Date of Issue 02/10/2020

Registered Owner:

EAN HOLDINGS, LLC
14002 E 21ST ST STE 1500
TULSA   OK 74134-1424

Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.flhsmv.gov/html/titlinf.html

Mail To:

EAN HOLDINGS, LLC
14002 E 21ST ST STE 1500
TULSA   OK 74134-1424

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 3FA5P0K99LR174256 | 2020 | FORD | 4D | 3573 | | 137717521 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | GRY | | | | LEASE | |

By _____
Title _____

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 10 MILES   01/20/2020 ACTUAL | | | 02/10/2020 |

Date _____

Registered Owner

EAN HOLDINGS, LLC
14002 E 21ST ST STE 1500
TULSA   OK 74134-1424

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number   145131066

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.

Seller Must Enter Purchaser's Name: Multinational Sales + Leasing Corp   Address: 59 W. Illiana St - oclfl   22806

Seller Must Enter Selling Price: _____

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads: 152989 (I x) (no tenths) miles, date read 5-3-22 and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: EAN HOLDINGS LLC   Kayveon Johnson as Agent
Print Here: _____
Selling Dealer's License Number: _____
Auction Name: _____

CO-SELLER Must Sign Here: _____
Print Here: _____
Tax No.: _____
License Number: _____
Tax Collected: _____

PURCHASER Must Sign Here: _____
Print Here: Moselly Fernandez

CO-PURCHASER Must Sign Here: _____
Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)          STATE OF FLORIDA

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
First                          MI                           Last

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VT1024941    Selling Dealer's Name: Multi-National Sales - /S
59 W. Illiana St. Orange FL 32806    Tax Collected: 10·06·22

Selling Dealer's Name: Jenkins Kia of Gainesville
2810 N. Main St., Gainesville, FL 32609

Purchaser's Name(s): Jenkins Auto group    Date Sold: 10·06·22

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [5 3 1 1 5] XX (NO TENTHS) MILES, DATE READ 10·06·22 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
1. REFLECTS ACTUAL MILEAGE
2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Bonnie Taggart
Print Here:
Co-Purchaser Must Sign Here:
Print Here:

Seller/Agent Must Sign Here: Moselly Fernandez
Print Here: Moselly Fernandez
Auction Name (When Applicable):
Auction License Number:

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF11173571    Selling Dealer Name: Jenkins Kia of Gainesville
2810 N. Main St., Gainesville, FL 32609    1504  1239142    Tax Collected: 1314.09
Date Sold: 10-6-22

Purchaser's Name(s): Sandy Lomax Ketchen III    Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [5 3 1 1 5] XX (NO TENTHS) MILES, DATE READ 10·6·22 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
1. REFLECTS ACTUAL MILEAGE
2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Co-Purchaser Must Sign Here:
Print Here:

Seller/Agent Must Sign Here: Bonnie Taggart
Print Here:
Auction Name (When Applicable):
Auction License Number:

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.:    Selling Dealer's Name:    Tax No.:    Tax Collected:

Selling Dealer's Address:    Date Sold:

Purchaser's Name(s):    Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [         ] XX (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
1. REFLECTS ACTUAL MILEAGE
2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Co-Purchaser Must Sign Here:
Print Here:

Seller/Agent Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number: