# EXHIBIT C

DEAL#: 714698
CUST#: 521091

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: _____ State of Issue: _____
[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?   [ ] Yes   [ ] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 3FA6P0K99LR174256 | 2020 | FORD | FUSION | SD |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| JENKINS KIA OF GAINESVILLE | | VF11173571 | |
| Street Address | City | State | Zip |
| 2810 NORTH MAIN ST | GAINESVILLE | FL | 32609 |
| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) | |
| 20546.00 | 1539.09  1314.09 | 39-8012244888 | |
| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale | |
| SANDY KETCHEN III | | 10/06/2022 | |
| Purchaser's Address | City | State | Zip |
| | | | |
| Co-Purchaser's Address (If applicable) | City | State | Zip |
| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
| Street Address | City | State | Zip |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS, [5][3],[1][1][5] XX (NO TENTHS) MILES, DATE READ 10/06/22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| JENKINS KIA OF GAINESVILLE | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
| SANDY KETCHEN | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE         COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

42989*1*JKG-FI

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

Customer # 521091
Deal # 714698
Stock # 12P0974

**CHECK APPLICATION TYPE:** ORIGINAL [X] TRANSFER **VEHICLE TYPE:** [X] MOTOR VEHICLE | MOBILE HOME | VESSEL | OFF-HIGHWAY VEHICLE: ATV | ROV | MC

## 1 OWNER / APPLICANT INFORMATION

| Field | Value |
|---|---|
| Customer Number | 235952720 |
| Are you a Florida resident? | Owner: [X] yes / Co-Owner: [X] no |
| Are you an alien? | Owner: [X] no / Co-Owner: [X] no |
| Owner's County of Residence | DUVAL |
| Owner's Name | SANDY LOMAX KETCHEN III |

OR / AND NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: Life Estate/Remainder Person | Tenancy By the Entirety | With Rights of Survivorship

## 2 MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Field | Value |
|---|---|
| Vehicle/Vessel Identification Number | ...4256 |
| Make/Manufacturer | FORD |
| Year | 2020 |
| Body | 4D |
| Color | GRY |
| Florida Title Number | 137717521 |
| License Plate or Vessel Registration Number | 9951TN |
| Weight | 3573 |

## 3 BRANDS, USAGE AND TYPE
[X] PRIVATE USE

## 4 LIENHOLDER INFORMATION

| Field | Value |
|---|---|
| CHECK IF ELT CUSTOMER | [X] |
| DMV Account # | 208951310 |
| Date of Lien | 10/06/2022 |
| Lienholder's Name | ALLY FINANCIAL |
| Lienholder's Address | PO BOX 8110 |
| City | COCKEYSVILLE |
| State | MD |
| Zip | 21030 |

## 5 TRANSFER TYPE
[X] SALE — DATE ACQUIRED 10 / 06 / 2022

## 6 ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS [X] 6 DIGIT ODOMETER NOW READS **5 3 1 1 5** .XX (NO TENTHS) MILES, DATE READ 10 / 06 / 2022 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

[X] 1. REFLECTS ACTUAL MILEAGE.

## 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| Field | Value |
|---|---|
| FLORIDA SALES TAX REGISTRATION NUMBER | 1180171239142 |
| DATE OF SALE | 10/06/2022 |
| DEALER LICENSE NUMBER | VF11173571 |
| AMOUNT OF TAX | 1314.09 |

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov