## UNITED STATES FEDERAL COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CASE NO.: 3:23-cv-1504**

SANDY L. KETCHEN, III,
An individual,

    Plaintiff,

vs.

DRJ GAINESVILLE K, LLC,
d/b/a JENKINS KIA OF GAINESVILLE,
a Florida Limited Liability Company, and
ALLY FINANCIAL, INC.,
a Foreign Profit Company.

    Defendant(s).
_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

                              Dated: December 27, 2023

                              /s/ Joshua E. Feygin
                              JOSHUA FEYGIN, ESQ.

FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, SANDY L. KETCHEN, III*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

_____/s/_____
JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685