**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**SANDY L. KETCHEN, III,**

    **PLAINTIFF,**

**V.**                                       Case No:  3:23-cv-01504

**DRJ GAINESVILLE K, LLC**
**d/b/a JENKINS KIA OF GAINSVILLE,**
**and ALLY FINANCIAL, INC.**

    **DEFENDANTS.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Dorrella L. Gallaway, hereby appears as counsel for Defendant Ally Financial, Inc., in the above-captioned matter.  All parties are requested to serve copies of all motions, briefs, and orders of any kind upon undersigned counsel at the following e-mail addresses designated for service:

      Primary e-mail: Dorrella.gallaway@troutman.com

      Secondary e-mail: fslecfintake@troutman.com

Respectfully submitted, this 16th day of January 2024.

**TROUTMAN PEPPER
HAMILTON SANDERS LLP**

*/s/ Dorrella L. Gallaway*
Dorrella L. Gallaway, Esq.
(Bar No. 63892)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (470) 832-6012
Facsimile: (757) 687-7510
Email:
cfsecfintake@troutman.com
dorrella.gallaway@troutman.com

*Counsel for Defendant Ally Financial, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2024, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system.

By: */s/ Dorrella L. Gallaway*
Dorrella L. Gallaway

167303078