UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SANDY L. KETCHEN, III,

    PLAINTIFF,

V.                                            Case No: 3:23-cv-01504

DRJ GAINESVILLE K, LLC
d/b/a JENKINS KIA OF GAINSVILLE,
and ALLY FINANCIAL, INC.

    DEFENDANTS.

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALLY FINANCIAL, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT

    Defendant Ally Financial, Inc. ("Ally"), by counsel, pursuant to Fed. R. Civ. P. 6(b), hereby moves the Court for an Order extending the time in which Ally has to respond to Plaintiff Sandy L. Ketchen III's ("Plaintiff") Complaint up to, and including, February 19, 2024. In support thereof, Mosaic states as follows:

    1.    On or about December 27, 2023, Plaintiff filed a complaint (the "Complaint") in this Court against Ally and other defendants.

    2.    On December 29, 2023, Ally was served with the Complaint.

    3.    Pursuant to the Federal Rule of Civil Procedure 12(a)(1)(A)(i), Ally's deadline to respond to the Complaint is January 19, 2024.

4. Ally's counsel was recently engaged and is still reviewing and gathering information related to the Complaint; Ally is conducting a thorough review and investigation into the claims detailed in the Complaint.

5. Based on this ongoing review and for good cause shown, Ally seeks an additional thirty-one (31) days to prepare a responsive pleading or motion.

6. Plaintiff's counsel is not opposed to the relief requested herein.

7. The requested extension of time shall not prejudice Plaintiff and will not unduly delay this litigation.

8. This is the first request by Ally seeking such an extension to respond to the Complaint.

WHEREFORE, Ally hereby requests that the Court enter an Order: (1) granting this Unopposed Motion for an Extension of Time for Ally to Respond to Plaintiff's Complaint; and (2) providing Ally with an extension of time to file its responsive pleading on or before February 19, 2024.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Ally certifies that it has conferred with Plaintiff's counsel and Plaintiff's counsel does not oppose the relief sought in this motion.

Respectfully submitted, this 16th day of January 2024.

TROUTMAN PEPPER
HAMILTON SANDERS LLP

*/s/ Dorrella L. Gallaway*
Dorrella L. Gallaway, Esq.
(Bar No. 63892)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (470) 832-6012
Facsimile: (757) 687-7510
Email: cfsecfintake@troutman.com
dorrella.gallaway@troutman.com

*Counsel for Defendant Ally Financial, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2024, I electronically filed the foregoing *Unopposed Motion for Extension of Time for Ally Financial, Inc., to Respond to Plaintiff's Complaint* with the Clerk of the Court using the CM/ECF system.

By: */s/ Dorrella L. Gallaway*
Dorrella L. Gallaway

167302212