UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SANDY L. KETCHEN, III,**

    **PLAINTIFF,**

**V.**                                                         Case No:  3:23-cv-01504

**DRJ GAINESVILLE K, LLC**
**d/b/a JENKINS KIA OF GAINSVILLE,**
**and ALLY FINANCIAL, INC.**

    **DEFENDANTS.**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Ally Bank certifies that it is a wholly-owned subsidiary of Ally Financial Inc. Ally Financial Inc. has no parent corporation. Ally Financial Inc.'s common stock is publicly traded on the New York Stock Exchange. Ally Financial Inc. is a non-governmental corporate entity, and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted, this 16th day of January 2024.

                                                                                          TROUTMAN PEPPER
                                                                                          HAMILTON SANDERS LLP

                                                                                          */s/ Dorrella L. Gallaway*
                                                                                          Dorrella L. Gallaway, Esq.
                                                                                          (Bar No. 63892)

TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (470) 832-6012
Facsimile: (757) 687-7510
Email: cfsecfintake@troutman.com
dorrella.gallaway@troutman.com

*Counsel for Defendant Ally Financial, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2024, I electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of the Court using the CM/ECF system.

By: */s/ Dorrella L. Gallaway*
Dorrella L. Gallaway

167303646