UNITED STATES FEDERAL COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-1504-HLA-MCR

SANDY L. KETCHEN, III
An individual,

    Plaintiff,

vs.

DRJ GAINESVILLE K, LLC,
d/b/a JENKINS KIA OF GAINESVILLE,
a Florida Limited Liability Company, and
ALLY FINANCIAL, INC.,
a Foreign Profit Company.

    Defendant(s).
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, Sandy L. Ketchen, III, an individual, responds to this Court's Show Cause Order [DE 7] and consents to the transfer of this action to the Northern District of Florida. 28 U.S.C. § 1404.

Dated: January 17, 2024

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@sueyourdealer.com
SUE YOUR DEALER –
A LAW FIRM
1930 Harrison Street Suite 208F
Hollywood, Florida 33020
Tel: (954) 228-5674

Fax: (954) 697-0357
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685