UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SANDY L. KETCHEN, III**,
an individual,

    Plaintiff,

v.                          CASE NO.  3:23-cv-1504-HLA-MCR

**DRJ GAINESVILLE K, LLC**,
d/b/a, **JENKINS KIA OF GAINESVILLE**,
a Florida limited liability company, and
**ALLY FINANCIAL, INC.**,
a foreign profit company,

    Defendants.
_____/

## O R D E R

On January 3, 2024, the Court entered an Order directing Plaintiff to show cause why this action should not be dismissed or transferred to the Northern District of Florida. (Dkt. 7). By her Response (Dkt. 11), filed on January 17, 2024, Plaintiff consents to the transfer of this action.

Accordingly, it is hereby,

**ORDERED** that the Clerk of Court is directed to transfer this case to the Gainesville Division of the United States District Court for the Northern

District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 14 day of February, 2024.

                                            **HENRY LEE ADAMS, JR.**
                                            United States District Judge

Copies to: Counsel of Record